DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
701 University Avenue, Suite 100
Sacramento, CA  95825
Telephone: (916) 974-3500
Facsimile: (916) 520-3497

Attorney for Movant and Real Party
In Interest, Benny Ban, *DBA*, Telstraight

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 5900 LEMON HILL DRIVE SACRAMENTO, CA 95824 | Case No: 2:12-sw-00361-GGH Related to subsequent Search Warrant, Case No. 2:12-sw-00400-CKD |
| BENNY BAN, Movant and Real Party In Interest. | STIPULATION AND ~~PROPOSED~~ ORDER |

_____/

The United States of America, by and through its counsel of record, and Benny Ban, individually and by and through his counsel of record, Donald H. Heller, hereby stipulate as follows:

The United States is in possession of certain items, described generally as internet and computer network devices, which were seized pursuant to a search warrant executed at 5900 Lemon Hill Drive, Sacramento, California.

1   Benny Ban certifies that he is the owner of the items and has asserted that he is the real
2   party in interest with respect to those items.
3   Benny Ban has filed a motion for the return of the items.
4   The United States has asserted an interest in preserving the items for potential future
5   evidentiary use.
6   The parties stipulate that if the items are returned to Benny Ban, then any photographs,
7   reports, or testimony of witnesses who examined the items will be admissible for any
8   evidentiary purposes to the same extent as the original items would be admissible, even if the
9   items have been disposed of by Benny Ban in the interim.

DONALD H. HELLER
A Law Corporation

Dated:  12-14-2012            */s/ Donald H. Heller*
DONALD H. HELLER
Attorney for Movant


Dated:  12-14-2012            */s/ Matthew G. Morris*
MATTHEW G. MORRIS
Assistant U.S. Attorney
Original signature retained by Attorney Donald H. Heller (Local Rule 131(f).


Dated:  12-14-2012            */s/ Benny Ban*
BENNY BAN

**Stipulation and ~~Proposed~~ Order**                                    **Case No: 2:12-sw-00361-GGH**
**Case No. 2:12-sw-00400-CKD**
**Page 2**

## [PROPOSED] ORDER

Good cause appearing based on the above stipulation by and between the Government and Movant and Real Party in Interest Benny Ban, It is hereby ordered that all items in the possession of the United States be returned to Benny Ban, and that any photographs, reports, or testimony of witnesses who examined the items will be admissible for any evidentiary purposes to the same extent as the original items would be admissible, even if the items have been disposed of by Benny Ban in the interim.

All items the subject of the motion subject to this Stipulation and Order are hereby ORDERED returned to Benny Ban as soon as possible.

Dated: December 18, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE